**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony Edward ZELLNER,**
**Defendant–Appellant.**

**No. 01–7378.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Anthony Edward Zellner, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Anthony Edward Zellner seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Zellner,* Nos. CR–99–164; CA–01–311 (E.D.Va. July 20, 2001). We also deny Zellner's motion to proceed in forma pauperis and deny his motion to file a supplemental pro se formal brief and for a sentencing transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*